UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24453-CV-WILLIAMS

OSCAR HERRERA,

    Plaintiff,

v.

FOSSIL GROUP, INC.,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

    Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Oscar Herrera and Defendant Fossil Group, Inc. hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents. The Parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: January 2, 2024

Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>Telephone: 954.362.3800<br>Facsimile: 954.362.3779<br><br>*s/ Roderick Hannah*<br>Roderick V. Hannah, Esq.<br>Florida Bar No. 435384<br>rhannah@rhaannahlaw.com<br><br>Law Office of Pelayo Duran, P.A<br>4640 N.W. 7th Street<br>Miami, Florida  33126-2309<br>Telephone: 305.266-9780<br>Facsimile:  305.269.8311<br><br>*s/ Pelayo Duran*<br>Pelayo M. Duran, Esq.<br>Florida Bar No. 0146595<br>pduran@pelayodural.com<br><br>*Counsel for Plaintiff* | OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART, P.C.<br>Two Datran Center<br>9130 S. Dadeland Boulevard,<br>Suite 1625<br>Miami, FL 33156<br>Telephone:  305.374.0506<br>Facsimile:  305.374.0456<br><br>*s/ Paul De Boe*<br>Paul J. De Boe, Esq.<br>Florida Bar No. 52051<br>paul.deboe@ogletreedeakins.com<br><br>*Counsel for Defendant* |